RECORD OF GRAND JURY BALLOT

C/R 4:22-217

UNITED STATES OF AMERICA v. JACK BENSON FLANDERS

(SEALED UNTIL FURTHER ORDER OF THE COURT)